Jimmy R. JORDAN, Appellant,

v.

CITY OF KANSAS CITY, MO, et al., Respondent.

Jimmy R. JORDAN, Appellant,

v.

CITY OF KANSAS CITY, MO, et al., Respondent.

Nos. WD 52028, WD 52266.

Missouri Court of Appeals, Western District.

Sept. 3, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 29, 1996.

Application to Transfer Denied Dec. 17, 1996.

Jimmy Jordan, Grand Prairie, TX, Pro Se.

Lana K. Torczon, Asst. City Atty., Kansas City, for Respondent.

Before HANNA, P.J., and SMART and EDWIN H. SMITH, JJ.

*ORDER*

PER CURIAM.

Appellant appeals from the trial court's order granting summary judgment and the respondent's motion to dismiss. Judgment affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Harold C. SPEARS, Appellant.

No. WD 50056.

Missouri Court of Appeals, Western District.

Sept. 24, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 29, 1996.

Application to Transfer Denied Dec. 17, 1996.

David Simpson, Asst. Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ULRICH, C.J., P.J., and SPINDEN and EDWIN H. SMITH, JJ.

**ORDER**

PER CURIAM.

Harold Spears appeals from his convictions by jury of arson in the second degree, § 569.050, RSMo Cum.Supp.1993, and property damage in the first degree, § 569.100, RSMo Cum.Supp.1993, and his sentencing by the court to consecutive seven- and four-year terms of imprisonment. He also appeals the denial of his Rule 29.15 motion for postconviction relief. The judgments of conviction are affirmed. Rule 30.25(b). The denial of Mr. Spears' Rule 29.15 motion is affirmed. Rule 84.16(b).